**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | ) |
| | ) |
| BRIDGETTE A. ACKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 13-1250 (RBW) |
| | ) |
| CATHOLIC UNIVERSITY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**MEMORANDUM**

This matter is before the Court on the defendant's motion to dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. By Order of August 27, 2013, the plaintiff, proceeding *pro se*, was advised about responding to the defendant's motion and the consequences if she did not respond by September 30, 2013. Specifically, the plaintiff was warned that her failure to respond by the deadline might result in summary dismissal of the case on what would be treated as a conceded motion. The plaintiff has neither responded to the defendant's motion nor sought additional time to do so. Hence, the Court will grant the defendant's motion to dismiss as conceded and will dismiss the case.[1]

|  |  |
|---|---|
|  | _____s/_____ |
|  | Reggie B. Walton |
| DATE: November 1, 2013 | United States District Judge |

---

[1] A separate Order accompanies this Memorandum.